

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00280-CR

Edgar Mario **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRF-001147-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

    After we granted Appellant's first, second, and third motions for extension of time to file the brief, Appellant's brief was due on September 27, 2019. *See* Tex. R. App. P. 38.6(a). Before the thrice-extended due date, Appellant filed a fourth motion for an extension of time to file the brief until October 7, 2019.

    Because of the unanticipated circumstances affecting counsel's family, Appellant's motion is GRANTED; the brief is due on October 7, 2019.

    Any further motion for extension of time to file Appellant's brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.



_____
LUZ ESTRADA,
Chief Deputy Clerk